FULL NAME
VICTOR VELASQUEZ
COMMITTED NAME (if different)
AT-074517-1
FULL ADDRESS INCLUDING NAME OF INSTITUTION
ATASCADERO STATE HOSPITAL
P.O. BOX 7001 ATASCADERO, CA. 93483

PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
JUNE 30 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VICTOR VELASQUEZ

PLAINTIFF,

v.

STIRLING PRICE

DEFENDANT(S).

CASE NUMBER
**5:23-CV-01290-FLA-DFM**
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

  a.  Parties to this previous lawsuit:
      Plaintiff _____
      _____

      Defendants _____
      _____

  b.  Court _____
      _____

  c.  Docket or case number _____
  d.  Name of judge to whom case was assigned _____
  e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
  f.  Issues raised: _____
      _____
      _____

  g.  Approximate date of filing lawsuit: _____
  h.  Approximate date of disposition _____

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

  1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☑ No

  2.  Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☑ No

      If your answer is no, explain why not  THE HOSPITAL HIDES THEIR APPEAL/GRIEVANCE FORMS, IF ANY, WHEN QUESTIONED, THE ANSWER WAS, "NO."
      _____

  3.  Is the grievance procedure completed? ☐ Yes  ☑ No

      If your answer is no, explain why not _____
      _____

  4.  Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

  This complaint alleges that the civil rights of plaintiff  VICTOR VELASQUEZ
                                                            (print plaintiff's name)
  who presently resides at  ATASCADERO STATE HOSPITAL ,
                            (mailing address or place of confinement)
  were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
  ATASCADERO STATE HOSPITAL
  (institution/city where violation occurred)

on (date or dates) __6-8-2023__ , _____ , _____ .
                         (Claim I)                (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __STIRLING PRICE__ resides or works at
   (full name of first defendant)
   __ATASCADERO STATE PRISON__
   (full address of first defendant)
   __EXECUTIVE DIRECTOR__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __BY HIRING DOCTORS & OTHER STAFF THAT FRAUDULENTLY CLAIM MR.__
   __VICTOR VELASQUEZ IS A SCHIZOPHRENIC.__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

8TH AMENDMENT HAS BEEN VIOLATED, CRUEL & UNUSUAL PUNISHMENT. MR. VELASQUEZ HAS COMPLETED HIS SENTENCE AND IS SUPPOSED TO BE PAROLED AND HOME TO FAMILY, HOWEVER, HE'S BEEN CLAIMED M.D.O. (MENTALLY DISORDERED OFFENDER) AND SCHIZOPHRENIC. THIS IS A FRAUDULENT CLAIM IN ORDER TO KEEP HIM IN CUSTODY AND COLLECT STATE & FEDERAL FUNDS. THE YOUNG MAN CAN'T READ OR WRITE VERY WELL, BUT HE'S KIND AND WELL MANNERED. AFTER QUESTIONING HIM, HE'S SMART, DOESN'T HEAR THINGS, DOES NOT SEE THINGS. HE IS NOT SCHIZOPHRENIC IN MY PROFESSIONAL OPINION: Clifford C. Loyer. THE POLICE WHO ARRESTED HIM FRAUDULENTLY CLAIMED HIM MENTALLY ILL AND LIED TO INVOLVE HIM IN MAFIA BUSINESS AND PLACE HIM IN POSITION AT ATASCADERO.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

PLEASE SEE: CLIFFORD C. LOYER V. STIRLING PRICE, et al., THE CASE STEMMING FRAUDULENT ACTIVITIES OF STIRLING PRICE.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

MONETARY COMPENSATION IN AN AMOUNT UP TO $1.5 MILLION DOLLARS TO REDRESS THE FRAUD PERPETRATED BY ALL CHARACTERS ATTACHED TO MR. VELASQUEZ AND HIS CASE.

6-27-23
(Date)

_(Signature of Plaintiff)_

6-27-23

Clifford C. Loyer

# CALIFORNIA DEPARTMENT OF STATE HOSPITALS - TREATMENT PLAN

*(handwritten left margin: AUTHORITIES ARE FRAUDULENTLY CLAIMING HIM FOR MONEY.)*

| **PATIENT'S NAME:** VELASQUEZ, VICTOR | | **CASE NUMBER:** 074517-1 |
|---|---|---|
| **CONFERENCE DATE:** 6/6/2023 | **FINALIZED DATE:** 6/8/2023 | **FREQUENCY TYPE:** Quarterly |

**Diagnosis:**

| Priority | DSM Code | DSM Description | Diagnosis Date |
|---|---|---|---|
| 1 | F25.0 | Schizoaffective disorder, Bipolar type | 10/29/2022 |
| 2 | F15.20A | Amphetamine-type substance use disorder, Severe | 10/29/2022 |
| 3 | F14.20A | Cocaine use disorder, Severe | 10/29/2022 |
| 4 | F12.20A | Cannabis use disorder, Severe | 10/29/2022 |
| 5 | F11.20 | Opioid use disorder, Moderate | 10/29/2022 |
| 6 | K59.00 | Constipation, unspecified | 10/29/2022 |
| 7 | E66.9 | Obesity, unspecified | 10/29/2022 |
| 8 | B18.2 | Chronic viral hepatitis C *CURE* (handwritten) | 10/29/2022 |
| 9 | J30.9 | Allergic rhinitis, unspecified | 10/29/2022 |
| | | GAF: 30 | |

*(handwritten bracket grouping priorities 1-9)*

**LEGAL STATUS:**

| Code | Description | Effective Date | End Date |
|---|---|---|---|
| PC2962 | PAROLEE FROM CORR. - CONDITION OF PAROLE | 9/8/2022 | 9/7/2024 |

**Current Status**

BACKGROUND AND REASON FOR ADMISSION

Mr. Velasquez, is a 29 year old (DOB: 01/24/1994) Hispanic male admitted on 09/08/2022 pursuant to PC 2962, OMD.
PC 4501.5(03) Battery on Non Prisoner. His CDD is 04/15/2026. He is a second striker, having just served 7 years in prison. While incarcerated he picked up two additional charges.

STRENGTHS AND OVERALL FUNCTIONING

STRENGTHS: (6/5/23)
Mr. Velasquez identified his strength as "picking up weights and stuff like that". He is generally cooperative and pleasant on the unit. He was observed to socialize with selective peers on the unit.

OVERALL FUNCTIONING:
(5/20/2023-5/26/2023) No s/sx of hallucinations, he is doing well on the unit although he does require prompting for showering and attending groups. Patient this week has had no evidence of labile emotions, violence or behavioral issues. Patient can at times overstep personal boundaries with peers. He is otherwise appropriate with peers and staff. Patient had no SIRS this reporting period, he maintains a HAS level 3. His group percentage is low with only 40.3% reported group attendance.

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
|---|---|
| **DSH - Atascadero** | Treatment Plan Status: FINAL |
| Page 1 of 9 | PATIENT NAME: VELASQUEZ, VICTOR |
| Confidential Patient Information | PATIENT ID: 074517-1 |
| See W&I Code Section 5328 | PROGRAM: VI    UNIT: 19 |
| Filing Guidelines - Current TxP | CONFERENCE DATE: 6/6/2023 |
| | ADMISSION DATE: 9/8/2022 |
| | PLAN TYPE: Quarterly |

(5/19/2023-5/22/2023)Mr. Velasquez is oriented x4. his mood is euthymic. Pt spends most of his time sleeping in his room, he'd come out to eat and take his meds. Pt had no behavior issues in this period. Pt takes three showers a week. Pt was encouraged about increasing his group attendance to help him with his discharge. Patient was encouraged to increase his group attendance which is 28.6%. Pt was asking when the group will be held and he was told today. Pt was giving his group schedule so he can plan ahead.Pt has been appropriate since his last incident. He is appropriate with peers and staff.Mr. Velasquez has been attending his scheduled groups, has had no violent bx, and has been medication compliant.

RN PSYCHIATRIC NURSING INTERVENTIONS: (5/5/23)
Goal for Mr. Velasquez is that he will be able to demonstrate self control. He continues to lead a sedentary lifestyle, isolative with blunted affect, prefers to stay in his room to rest/sleep, with minimal interaction with staff but interacts socially with select peers. He is alert, oriented to time, place, person and situation and not in distress.  Mood is described as "I am okay".   He currently denies auditory/visual hallucinations as well as suicidal/homicidal ideations. He states, "I am okay". He states, "I will let you know, but I am okay so far".  Leisure: watching TV, listening to music, attending courtyard breaks. Staff continues to assess for escalating behaviors, encourage him to use coping skills as alternatives to aggression, teach him about his mental illness and the role of medications in symptom reduction. He stays, "Okay, I am fine, I like to sleep. He sleeps a lot, sleeps through AM shift and wakes up during lunch time. No behavior issues for this reporting period. He is compliant to medications as well, with prompting.

SUPPLEMENTAL ACTIVITIES: (6/5/23)
Mr. Velasquez  is offered a minimum of 10 hours per week of social and recreational activities, both on and off the unit, including but not limited to Bingo, pop-corn, movies, games, art, music, physical activity, etc. He stated that he attended some of these activities, such as pop-corn social, Bingo, and movie nights. He stated that he enjoyed these activities. He was observed to socialize with selective peers and walking laps during court yard break. He attended the unit community meeting regularly and works as one of the pop corn captain on the unit. He was encouraged to attend more supplemental activities and unit tournaments. He states that he is motivated to get discharged.

VOCATIONAL SERVICES: (6/5/23) Mr. Velasquez verbalized an interest in vocational services and was made aware of the minimum requirements for vocational placement at DSH-A.

FAMILY INFORMATION: CSW obtained signed ROI for his Father and Sister. CSW left a message providing Patient contact information and CSW contact information, CSW was not able to reach Mr. Velazquez father due to message not being set up. Mr. Velasquez mentioned he is in contact with family weekly. No collateral contact has been attempted due to no request made from Mr. Velasquez this reporting period.

RISKS AND STABILIZATION

VIOLENCE RISK ASSESSMENT: MODERATE (9/13/22) reviewed on 06-06-2023
Mr. Velasquez was assessed with the Short-Tern Assessment of Risk and Treatability on 09-13-2022 and found to be a MOD risk for violence in this setting for the next 12 months.  This finding was reviewed on 06-06-2023 and remains an accurate assessment of his current risk estimate through the remaining 3 months unless there is a clinical change necessitating reevaluation.   Mr. Velasquez has remained relatively peaceful and is considered a good citizen on his unit.   He holds a HAS level 3, and has attended his groups in the 40 % range, including a Aggression Reduction group.

Based on violence risk assessment completed on 9/13/22, by administering the START, Mr. Velasquez is currently rated MODERATE for institutional violence risk at DSH-A for the next 90 days. His history of violence includes his current controlling offenses of Assault with Force Likely to Produce GBI (6/18/14) and two counts of Battery on Non Prisoner (3/22/15 & 1/7/17). Records show that on 6/18/14, Mr. Velasquez assaulted his step-father in his sleep by punching him. The victim awoke to Mr. Velasquez sitting on top of him, and when his wife intervened, the victim escaped from the residence and called 911. When interviewed by the police later, Mr. Velasquez reported that he was upset with the victim for "talking shit" to him. The other two crimes occurred after Mr. Velasquez was incarcerated for his initial offense. On 3/22/15, as two C/O's were escorting him to another location in the prison, Mr. Velasquez suddenly turned and punched one of them twice in the head. He was quickly subdued when additional staff arrived. Then on 1/7/17, a C/O found him inside his cell with a noose made of torn t-shirt tied around his neck. Multiple staff

*Handwritten margin note (left):* POLICE FRAUDULENTLY CLAIMED MR. VELASQUEZ AS MENTALLY ILL. HE ATTACKED BECAUSE STEP-FATHER WAS DOMESTICALLY ABUSING HIS MOTHER. (PHOTOGRAPHIC EVIDENCE EXISTS)

*Handwritten margin note (right):* THE C.O. VERBALLY ASSAULTED MR. VELASQUEZ SAYING, "FUCK THIS SPIC," THEY PUNCHED HIM AND BRUISED HIS EYE. (PHOTOGRAPHS EXIST)(X-RAY)

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
|---|---|
| **DSH - Atascadero** Page 2 of 9 Confidential Patient Information See W&I Code Section 5328 Filing Guidelines - Current TxP | Treatment Plan Status: FINAL<br>PATIENT NAME: VELASQUEZ, VICTOR<br>PATIENT ID: 074517-1<br>PROGRAM: VI   UNIT: 19<br>CONFERENCE DATE: 6/6/2023<br>ADMISSION DATE: 9/8/2022<br>PLAN TYPE: Quarterly |

*[Handwritten annotation at top: "ALL OF THE FRAUD BEING COMMITTED, FORCED HIM INTO ATTEMPTED SUICIDE"]*

*[Handwritten annotation in left margin: "TRUMPED UP CHARGES"]*

intervened and took him to get assessed by nursing staff. As he was being assessed, Mr. Velasquez attempted to kick one of the officers but did not make contact. He was physically restrained and given an injection to sedate him.

In addition to his current controlling offenses, Mr. Velasquez has an extensive history of violence, beginning in childhood. Records show that he had been arrested as a minor for hitting someone and for gun possession. As an adult, he has been arrested for Hit and Run: Property Damage, Obstruct Public Officer, and Disorderly Conduct: Intoxication Drug/Alcohol. He was further noted to have received 20 RVRs, where many of them had been assessed for aggressive behavior including Fighting, Battery on a Prisoner, Battery on a Peace Officer, Behavior Which Could Lead to Violence, Battery on Non-Prisoner, Assault on a Peace Officer by Means Not Likely to Cause GBI, Willfully Resisting a Peace Officer in the Performance of Duty, Disobeying an Order, Battery Causing Serious Injury, and Threatening Great Bodily Injury or Death. His most recent known act of aggression was a fight between him and another inmate that took place in April of this year. Mr. Velasquez reported that the conflict was due to an argument over TV, where he fought back after being hit with a cane. Records also noted his active membership in a gang.

Critical contributing factors for his violence include his mental state, emotional state, substance use, medication non-adherence, and conduct. As was made clear by his records, Mr. Velasquez has often experienced active psychotic symptoms such as paranoia or A/H, as well as mood lability, which have led to aggressive behaviors. His extensive substance use exacerbates his symptoms and decreases his ability to think and act rationally, making him more prone to violence. Likewise, he has a history of medication non-adherence, which has led to decompensation and necessitated the petitioning for court mandated medication. In addition to his mental and emotional states, his antisocial tendencies have led to poor conduct while in institutional settings, which further increases his chances of acting out. Key preventative factors include social support, current medication adherence, and coping. Mr. Velasquez reported strong support of his family as a key to his ability to cope, despite his frustration with current hospitalization. His current medication adherence, furthermore, helps him manage his symptoms more effectively to prevent decompensation.

The primary tool for managing his violence risk is medication. Staff should monitor Mr. Velasquez' medication adherence closely to ensure he is properly medicated, as he has a history of non-adherence, which could quickly lead to decompensation and aggression. Additionally, staff should remind him of the importance of peaceful behavior towards discharge, as he is highly motivated to do so. Regular shakedowns should be conducted, as well, to ensure that he does not have access to any illicit substance. Lastly, he should be referred to treatment groups such as Aggression Reduction to learn coping skills to better manage his anger and aggression.

SELF HARM/SUICIDE RISK: LOW (9/13/22) reviewed on 06-06-2023, no change indicated
Based on suicide risk assessment completed on 9/13/22, Mr. Velasquez is currently rated LOW for suicide risk at DSH-A. He denied any current suicidal ideations, intent, plan or means. He endorsed past suicidal ideations "three years ago" but denied any past attempts. However, records show that he attempted suicide by hanging on 1/7/17, which led to one of his controlling offenses. Per admitting psychiatrist, Dr. Elwyn, he had additional attempts by hanging in 2013 and 2016, though details are not known. Risk factors for suicide include his history of suicidal ideations and attempts, persistent psychotic symptoms, mood lability, history of poor treatment adherence, impulsivity, and limited coping. Protective factors include being housed in a 24-hour locked forensic hospital, current medication adherence and resulting stability, current sobriety, family support, and hope for the future. Despite his history of suicidal ideations and attempts, as well as his self-report of being "depressed," Mr. Velasquez is currently considered to be at low risk for suicide due to his current medication adherence and resulting psychiatric stability. Nonetheless, staff should ensure that he continues taking his prescribed medication to maintain stability. He should also be encouraged to engage in treatment activities to prevent isolation. Otherwise, universal precautions should be taken to ensure his safety.

SECURITY ESCAPE RISK: Escape Risk LOW: Score 31 (9/9/22) due to no prior escape or AWOL attempts from a locked facility. (reviewed 06/06/2023).

SPECIAL INCIDENT REPORTS:
No recent SIRs

CURRENT INTERVENTIONS

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
| --- | --- |
| **DSH - Atascadero**<br>Page 3 of 9<br>Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current TxP | Treatment Plan Status: FINAL<br>PATIENT NAME: VELASQUEZ, VICTOR<br>PATIENT ID: 074517-1<br>PROGRAM: VI   UNIT: 19<br>CONFERENCE DATE: 6/6/2023<br>ADMISSION DATE: 9/8/2022<br>PLAN TYPE: Quarterly |

Aggression Reduction
Substance Recovery-Action
Healthy Living (twice a week)
Mental Health Wellness
Preparing for Discharge
Sponsor Group (twice a week)

Mr. Velasquez has been enrolled into 6 hours of treatment groups. He has attended 40.3% of treatment groups during reporting period 2/26/2023 through 5/20/2023. In addition to his scheduled groups, he also attended as "drop in/unscheduled sessions" to the following groups: Healthy Living (1 session), Sponsor Group (1 session) for a total of 2 sessions (1.3 hours).

Refer to Nursing Care Plans for further expected outcomes/interventions.

Psychiatric Treatment Goals: (06/6/2023)
Achieve and maintain psychiatric and behavioral stability so that he may be released from his 2962 commitment and re-enter the community and live in a structured setting, maintain 100% medication compliance with insight into the role medications serve in maintaining stability, and continue in psychiatric care and substance abuse treatment. For any medications prescribed, aim is to properly address target symptoms with a minimum of side effects.

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
| --- | --- |
| | Treatment Plan Status: FINAL |
| **DSH - Atascadero** | **PATIENT NAME:** VELASQUEZ, VICTOR |
| Page 4 of 9 | **PATIENT ID:** 074517-1 |
| Confidential Patient Information | **PROGRAM:** VI   **UNIT:** 19 |
| See W&I Code Section 5328 | **CONFERENCE DATE:** 6/6/2023 |
| Filing Guidelines - Current TxP | **ADMISSION DATE:** 9/8/2022 |
| | **PLAN TYPE:** Quarterly |

*SET-UP TO KEEP HIM IN CUSTODY.*

## Discharge Planning

COURSE OF HOSPITALIZATION

Mr. Velasquez was admitted on 09/08/2022 pursuant to PC 2962, OMHD. PC 4501.5(03) Battery on Non Prisoner. His CDD is 04/15/2026. He is a second striker, having just served 7 years in prison. While incarcerated he picked up two additional charges. No Current Forensic evaluation by ASH evaluator due to recently being admitted. Mr. Velasquez has appeal court hearing set for 12/07/22 and was extended for another year. Court on 4/05/23 remanded him into custody at DSH-A due to meeting PC2960 criteria.

most recent forensic report was OMD status report dated 1/02/23 which opined Mr. Velasquez continues to meet PC2962 criteria for continued admittance to DSH-A.

CURRENT PSYCHIATRIC STATUS (Updated 06/06/2023) Mr. Velasquez he presents disheveled due to being asleep prior to team. He seemed guarded difficulty maintaining eye contact. His speech is within normal limits in tone, rate, and volume. He was calm, dressed appropriately in DSH-A attire. He didn't want to talk about medications "Don't mess with my medication" He agreed to

Psychiatric Symptoms (prevalence and severity of symptoms, and impact on daily functioning): He reported he was "good" denied any problems or complaints "a little bit depressed because I'm still here". He denied any AH, VH, SI, or HI "I don't hear voices".

Overall Insight and Treatment Compliance: Mr. Velasquez knew why he was here. He expressed he has a mental illness and does need medication. He reported he attends groups, acknowledged mental illness as "bipolar" new his medication "Haldol and Thorizine".

Behavioral Stability: No significant behavioral notes during the reporting period. He is appropriate with staff and peers.

Coping Skills: None identified at this time. Patient reported he was not interested in CONREP, patient would like to discharge to his family home. This have been a verified discharge option.

Substance Abuse Services: Not enrolled at this time.

CONREP: CONREP has not evaluated Mr. Velasquez. An email was sent to FCSU for follow up.

PLAN FOR TRANSITION TO NEXT LEVEL OF CARE

As Mr. Velasquez prepares for to the community he will talk about whether or not he believes Conrep is a good fit for him. If not he will discuss options for housing. He will require a structured housing arrangement, referrals for county mental health care, location of AA/NA meetings and the locations of local social Security offices for financial assistance.

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
| --- | --- |
| **DSH - Atascadero** <br> Page 5 of 9 <br> Confidential Patient Information <br> See W&I Code Section 5328 <br> Filing Guidelines - Current TxP | Treatment Plan Status: FINAL <br> PATIENT NAME: VELASQUEZ, VICTOR <br> PATIENT ID: 074517-1 <br> PROGRAM: VI   UNIT: 19 <br> CONFERENCE DATE: 6/6/2023 <br> ADMISSION DATE: 9/8/2022 <br> PLAN TYPE: Quarterly |

### FOCUS # 1.1  Psychiatric and Psychological

Sponsor Group

**IPOC**

| OBJ # | OBJECTIVE | STATUS | TARGET |
|---|---|---|---|
| 1.1.1 | Mr. Velasquez will develop and maintain a therapeutic alliance with his care providers to encourage and increase his engagement in the therapeutic community and treatment. | Not Met | 9/14/2023 |

| INT # | INTERVENTIONS | Active Tx | Disc. Reason | Disc. Date |
|---|---|---|---|---|
| 1.1.1.1 | Sponsor Group 3 \| BRYANT DREWISCH, DENNAN \| PT / LVN \| Mon - 13:00 \| Enrolled<br>Sponsor Group 3 \| FOUZI, ADIL \| PT / LVN \| Sun - 18:30 \| Enrolled | ☑ | | |

### FOCUS # 1.2  Psychiatric and Psychological

Mr. Velasquez has a history of psychiatric symptoms. He would benefit from using adaptive coping skills and by gaining insight into his mental illness.

**IPOC**

| OBJ # | OBJECTIVE | STATUS | TARGET |
|---|---|---|---|
| 1.2.1 | When prompted by staff, Mr. Velasquez will identify at least three signs and symptoms of his mental illness, as well as three coping skills so that he may manage his illness upon his return to county. | Not Met | 9/14/2023 |

| INT # | INTERVENTIONS | Active Tx | Disc. Reason | Disc. Date |
|---|---|---|---|---|
| 1.2.1.1 | Mental Health Wellness \| MOSICH, JESSICA, S \| Psychology \| Thu - 15:30 \| Enrolled | ☑ | | |

### FOCUS # 3.1  Dangerousness and Impulsivity

Mr. Velasquez engages in impulsive behavior, which sometimes results in aggression. He would benefit from practicing how to manage his impulses.

**IPOC**

| OBJ # | OBJECTIVE | STATUS | TARGET |
|---|---|---|---|
| 3.1.1 | When prompted by staff, Mr. Velasquez will identify at least three situations which may trigger aggression for him. He will also name symptoms/signs of anger, identify at least three preventative coping skills, and at least three skills to cope with feelings of anger so that they do not escalate to aggression. | Not Met | 9/14/2023 |

| INT # | INTERVENTIONS | Active Tx | Disc. Reason | Disc. Date |
|---|---|---|---|---|
| 3.1.1.1 | Aggression Reduction \| PRADO, ABIMAEL \| Social Work \| Wed - 09:45 \| Enrolled | ☑ | | |

---

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
|---|---|
| **DSH - Atascadero**<br>Page 6 of 9<br>Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current TxP | Treatment Plan Status: FINAL<br>PATIENT NAME: VELASQUEZ, VICTOR<br>PATIENT ID: 074517-1<br>PROGRAM: VI  UNIT: 19<br>CONFERENCE DATE: 6/6/2023<br>ADMISSION DATE: 9/8/2022<br>PLAN TYPE: Quarterly |

| FOCUS # 5.1 Substance Abuse | | | | |
|---|---|---|---|---|
| Mr. Velasquez has a history of significant substance abuse. He would benefit from substance abuse treatment to work toward rehabilitation. | | | | |
| IPOC | | | | |
| OBJ # | OBJECTIVE | STAGE | STATUS | TARGET |
| 5.1.1 | Given his substantial history of substance use, Mr. Velasquez needs skills to remain abstinent when he returns to the community. Over the next three months, he will identify two ways that using illicit substances has had a negative impact on his life. He will be assessed by the SAS program for appropriate group placement. Refer to Substance Abuse Services. | 1 - Pre-Contemplation | Not Met | 9/14/2023 |
| INT # | INTERVENTIONS | Active Tx | Disc. Reason | Disc. Date |
| 5.1.1.1 | Substance Recovery - Action | WILLIAMS, BRYAN | Social Work | Fri - 09:45 | Manual Enrollment Requested | ☑ | | |

| FOCUS # 6.1 Medical, Health and Wellness |
|---|
| constipation |
| IPOC |

| FOCUS # 6.2 Medical, Health and Wellness |
|---|
| obesity |
| IPOC |

| FOCUS # 6.3 Medical, Health and Wellness |
|---|
| HA/Arthralgia |
| IPOC |

| FOCUS # 6.4 Medical, Health and Wellness |
|---|
| Dyspepsia |
| IPOC |

| FOCUS # 6.5 Medical, Health and Wellness |
|---|
| hx Hep C with tx |
| IPOC |

| FOCUS # 6.6 Medical, Health and Wellness |
|---|
| Allergic Rhinitis |
| IPOC |

| FOCUS # 6.7 Medical, Health and Wellness |
|---|
| Sensitive Skin |
| IPOC |

| FOCUS # 6.8 Medical, Health and Wellness |
|---|

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
|---|---|
| DSH - Atascadero<br>Page 7 of 9<br>Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current TxP | Treatment Plan Status: FINAL<br>PATIENT NAME: VELASQUEZ, VICTOR<br>PATIENT ID: 074517-1<br>PROGRAM: VI   UNIT: 19<br>CONFERENCE DATE: 6/6/2023<br>ADMISSION DATE: 9/8/2022<br>PLAN TYPE: Quarterly |

| Dyslipidemia | |
|---|---|
| **IPOC** | |
| **FOCUS # 6.9  Medical, Health and Wellness** | |
| Bilateral Foot Pain | |
| **IPOC** | |
| **FOCUS # 10.1  Leisure and Recreation** | |
| Mr. Velasquez would benefit from engaging in a variety of leisure activities to practice his coping skills to manage his psychiatric symptoms and his urges to harm others to safely live in the community. | |
| **IPOC** | |

| OBJ # | OBJECTIVE | STATUS | TARGET |
|---|---|---|---|
| 10.1.1 | Mr. Velasquez will further develop healthy, pro-social leisure skills for more positive use of his leisure time as evidenced by weekly attendance and participation in scheduled leisure activities and identifying at least 3 benefits of engaging in enjoyable leisure activity over the next 90 days to group facilitators. Progress will be documented in quarterly facilitator notes. | Partially Met | 9/14/2023 |

| INT # | INTERVENTIONS | Active Tx | Disc. Reason | Disc. Date |
|---|---|---|---|---|
| 10.1.1.1 | Healthy Living \| LI, LIN \| Rehab Therapy \| Wed - 10:50 \| Enrolled<br>Healthy Living \| LI, LIN \| Rehab Therapy \| Wed - 13:45 \| Enrolled | ☑ | | |

| **FOCUS # 11.1  Community Integration** | |
|---|---|
| Mr. Velasquez will need to develop an understanding of his commitment type and determine his discharge goals. | |
| **IPOC** | |

| OBJ # | OBJECTIVE | STATUS | TARGET |
|---|---|---|---|
| 11.1.1 | Mr. Velasquez will attend groups and verbalize his diagnosis with 3 triggers, 3 coping skills and 3 warning signs to his treatment team prior to discharge to the community. | Not Met | 9/14/2023 |

| INT # | INTERVENTIONS | Active Tx | Disc. Reason | Disc. Date |
|---|---|---|---|---|
| 11.1.1.1 | Preparing for Discharge \| PRADO, ABIMAEL \| Social Work \| Thu - 10:50 \| Enrolled | ☑ | | |

| DSH TREATMENT PLAN | ADDRESSOGRAPH |
|---|---|
| **DSH - Atascadero**<br>Page 8 of 9<br>Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines - Current TxP | Treatment Plan Status: FINAL<br>**PATIENT NAME:** VELASQUEZ, VICTOR<br>**PATIENT ID:** 074517-1<br>**PROGRAM:** VI   **UNIT:** 19<br>**CONFERENCE DATE:** 6/6/2023<br>**ADMISSION DATE:** 9/8/2022<br>**PLAN TYPE:** Quarterly |



Victor Velasquez  A+# 0745171-1
ASH Unit 19
P.O. Box 7001
Atascadero CA 93423

United States district court
Central district of CA
255. E. Temple St.